CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

Clark H. Brown
Plaintiff(s)

vs.

Civil Action No. 18-cv-02561-BAH

Dr. Carla Hayden
Defendant(s)

## AFFIDAVIT OF MAILING

I, Jasmine Dottin, hereby state that:

On the 16th day of November, 2018, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Dr. Carla Hayden, Librarian of Congress, 101 Independence Ave SE, Washington, DC 200540

I have received the receipt for the certified mail, No. 70182290000216167842 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 27th day of November, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

12/4/18
(Date)

(Signature)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Jo Peluso_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Joseph Peluso  C. Date of Delivery 11-27-18 |
| 1. Article Addressed to:<br>Dr. Carla Hayden<br>Librarian of Congress<br>Library of Congress<br>101 Independence Ave SE<br>Washington, DC 20540 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3965 8079 8661 97 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 2290 0002 1616 7842 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt